*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OLMOS ) | Case No.: CV 11-04476 GW (VBKx) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| ) | |
| v. ) | |
| ) | |
| PROFESSIONAL INSURANCE ) | |
| COMPANY, a corporation; DOES 1 ) | |
| through 25; ) | |
| ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: May 8, 2012

GEORGE H. WU
United States District Judge